```
              UNITED STATES BANKRUPTCY COURT
                MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
                    www.flmb.uscourts.gov
```

IN RE:
CHAD D. PATRICK and
NELLA C. DECESARE,
                                    CASE NO. 9:19-bk-08436-FMD
            Debtors.                CHAPTER 13
_____/

**DEBTORS' MOTION TO DETERMINE MORTGAGE
FEES, EXPENSES AND/OR CHARGES**

COME NOW Debtors, CHAD D. PATRICK and NELLA C. DECESARE, by and through their undersigned counsel, and pursuant to Rule 3002.1(e), and move the Court to determine whether the fees, expenses and/or charges claimed by HOME POINT FINANCIAL CORPORATION ("Creditor"), and identified below are required by the underlying agreement and applicable nonbankruptcy law.  The Debtors assert that the amounts claimed are not required and/or are unreasonably high and state as follows:

1.  The Debtors filed a Chapter 13 bankruptcy on September 4, 2019.

2.  Creditor filed a Proof of Claim for the mortgage debt secured against the Debtors' principal residence.

3.  Creditor noticed fees, expenses or other charges (the "Notice") on November 22, 2019.

4.  This Motion is timely filed as it was filed within one year after service of the Notice.

5.  The Notice provides additional fees, expenses, or charges have been incurred and should be paid to which the Debtors dispute

as they were unnecessary and/or unreasonably high.  Specifically, Creditor is overcharging for the following:

    a.  $650.00 for proof of claim.

    6.  Debtors' payments to the Creditor were current at the time of filing.

WHEREFORE, Debtors respectfully request that the Court enter an order granting the Motion, determining that the fees, expenses and/or charges are not required by the underlying agreement and applicable nonbankruptcy law and/or are unreasaonably high, and for such other and further relief as the Court deems just.

## CERTIFICATE OF SERVICEU

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, Jon M. Waage, Trustee, P.O. Box 25001, Bradenton, FL 34206-5001, Home Point Financial Corporation c/o D. Anthony Sottile, Esquire, Sottile & Barille, LLC, 394 Wards Corner Road, Suite 180, Loveland, OH 45140, Home Point Financial Corporation c/o Corporation Service Company, Registered Agent, 1201 Hays Street, Tallahassee, FL 332301, Mr. Chad D. Patrick and Ms. Nella C. Decesare, 2260 Randall Boulevard, Naples, FL 34120, by first class U.S. Mail, postage fully prepaid or by electronic notice, this  2nd  day of  April , 2020.

                                MILLER, HOLLANDER & JEDA
                                Attorneys for Debtors
                                5278 Golden Gate Parkway, Suite 2
                                Naples, FL 34116
                                Telephone 239-775-2000
                                Facsimile 239-775-7953
                                millerandhollander@comcast.net

                                By: /S/ RICHARD J. HOLLANDER
                                    RICHARD J. HOLLANDER
                                    Florida Bar No. 884900
                                    MELISSA H. JEDA
                                    Florida Bar No. 106407

M:\RUTH\C PATRICK.MOTION TO DETERMINE MORTGAGE FEES.wpd